# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MICHIGAN

**JACOB ELIJAH JOHNSON**

Plaintiff

Case:2:22-cv-10929
Judge: Berg, Terrence G.
MJ: Altman, Kimberly G.
Filed: 05-02-2022 At 09:57 AM
CMP JACOB E. JOHNSON V META PLATFOR
MS INC (LG)

v.

**META PLATFORMS INC**

Defendant

## COMPLAINT INTRODUCTION

Plaintiff **JACOB ELIJAH JOHNSON** brings forth this civil complaint in Pro Se, claiming Defendant **META PLATFORMS INC.** denied Plaintiff equal treatment as a form of discrimination, infringed on Plaintiff's right to free speech and used Social Media Platform functions to harm Plaintiff for expressed religious and social beliefs and understanding.

## JURISDICTION AND VENUE

Plaintiff **JACOB ELIJAH JOHNSON** brings forth this civil complaint against Defendant **META PLATFORMS INC.** as follows:

1) This action arises under **TITLE VII of the FEDERAL CIVIL RIGHTS ACT 1964; and the 1ST AMENDMENT of the UNITED STATES CONSTITUTION.** Jurisdiction is therefore proper under **28 U.S.C. 1331.**

2) Supplemental Jurisdiction of this Honorable Court exist due to Defendant **META PLATFORMS INC.** operating as a International Social Media Corporation.

3) Venue in this jurisdiction is proper under **28 U.S.C. 1391 (b)(2); 28 U.S.C. 1391 (c)(1)**

## STATEMENT OF CLAIM

Plaintiff **JACOB ELIJAH JOHNSON** is a private citizen of the United States of America who uses Defendant's **META PLATFORMS INC.** Social Media Internet Sites, FACEBOOK and INSTAGRAM; along with their messeging internet site, MESSENGER.

Plaintiff now claims that multiple actions taken by Defendant **META PLATFORMS INC.** were aimed and designed to harm the Plaintiff. These actions are, but not limited to the following:

## PARTIES TO COMPLAINT

**Plaintiff:**

JACOB ELIJAH JOHNSON

108 Adelaide St

Detroit, Michigan 48201

**Defendant:**

META PLATFORM INC.

One Hacker Way

Menlo Park, CA

94025

1) Blocked Plaintiff's Instagram profile and access to it without recourse for a period of 7 months (April to November 2021)

2) Blocked Plaintiff's Facebook Live access without recourse for a period of 2 months (February to April 2022)

3) Blocked posted content violating free speech on April 21, 2022, attempting to PROTECT THE UNITED STATES GOVERNMENT and GOVERNMENT OFFICIALS (both serving and out of office) from possible criminal and civil liability.

4) Presently Blocking Plaintiff's FACEBOOK Live access, Application Background functions, along with several restrictions to account profile.

5) Defendant Infringed on Privacy; shared protected information; allowed 3rd party (possible U.S. Government) access, input and control over Plaintiff's Social Media accounts.

Plaintiff **JACOB ELIJAH JOHNSON** uses the Defendant's free social media platforms to deliver factual truth telling surrounding topics including, but not limited to **Religion, U.S. and WORLD Politics, History, Social and Racial issues, along with self-help/healing.** Plaintiff's stated purpose of use of Defendant's site is "to bring Peace and Love to the entire Planet".

The listed actions by Defendant **META PLATFORMS INC.** were deliberate efforts to harm Plaintiff's stated purpose for use of Defendant's social media site. The actions were unwarranted, unexplained and violated their own internal policies. Plaintiff's reputation and credibility were severely harmed by Defendant's deliberate actions that have also caused critical delays.

Defendant **META PLATFORM INC.** is one of the largest corporations in the world with far reaching capabilities and government influence across the entire world. Their actions against the

Plaintiff directly and indirectly have assisted in shielding U.S. Government corruption, and is **acting as an AGENT of the government by proxy.**

# RELIEF SOUGHT

Plaintiff **JACOB ELIJAH JOHNSON** is seeking significant punitive and exemplary damages as the actions of Defendant **META PLATFORM INC.** is ongoing and a deliberate attempt to block PEACE and LOVE on Earth by harming Plaintiff and Plaintiff's efforts in multiple ways.

**PUNITIVE DAMAGES** of $500,000,000.00 (Five hundred million dollars)

**EXEMPLARY DAMAGES** of 33.34 % controlling OWNERSHIP in **META PLATFORMS INC.** or 1/3 one-third of **total assets value**, present day estimated at $55,329,000,000.00 (Fifty-five billion, three hundred and twenty-nine million dollars)

Respectfully Submitted,

*/s/ Jacob E. Johnson*
JACOB ELIJAH JOHNSON

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Jacob Elijah Johnson

**DEFENDANTS** Meta Platforms Inc

**(b)** County of Residence of First Listed Plaintiff  Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Menlo Park, California
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Case: 2:22-cv-10929
Judge: Berg, Terrence G.
MJ: Altman, Kimberly G.
Filed: 05-02-2022 At 09:57 AM
CMP JACOB E. JOHNSON V META PLATFORMS INC (LG)

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [x] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [x] 3 | Foreign Nation | [ ] 6 | [x] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*  Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | [x] 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | [x] 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII Fed Civ Rights Act; 1st Amendment U.S. Const; 28 USC 1331
Brief description of cause:
Discrimination, free speech infringement, Invasion of Privacy

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 500,000,000 Punitive
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE 05-02-2022
SIGNATURE OF ATTORNEY OF RECORD  Per Se Jacob E. Johnson

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?      ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)      ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes : _____